# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

162649

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD WARREN WHITNEY,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162649
COA: 352685
Wayne CC: 19-001530-FC

_____/

      On order of the Court, the application for leave to appeal the January 28, 2021 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

t0601